

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00032-CV

IN THE INTEREST OF A.M.G., A CHILD

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 85846

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

This is an accelerated appeal from an order terminating Mother's parental rights to A.M.G. Julie Vrooman is the official court reporter for the 354th Judicial District Court, and Michael Hurley reported the actual trial of this matter. Appellant recently filed a motion with this Court advising that several pretrial hearings had not been transcribed and filed as part of the record in this matter and asking that we assist in obtaining that record. The briefing deadline previously set in this matter is hereby withdrawn.

Vrooman, as the official court reporter, is responsible for ensuring that the record is timely transcribed and filed, even when substitute reporters are involved in reporting portions of the proceedings. Given the accelerated nature of this appeal, we hereby order Vrooman to file the complete appellate record with this Court within ten days of the date of this order, or on or before **May 3, 2019**.

Vrooman is admonished that, if the complete reporter's record is not filed on or before the close of business on May 3, 2019, we may begin contempt proceedings against her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: April 23, 2019